# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>                              Plaintiff,<br>v.<br><br>H V A C SERVICES, INC.,<br><br>                              Defendant. | Case No. 16-CV-764-JPS<br><br>**ORDER** |

This case concerns unpaid federal employment tax assessments. On May 4, 2017, the parties filed a joint motion for entry of a consent judgment in this matter. (Docket #14). The parties agree that they should each bear their own costs and attorney's fees. *Id.* The Court will grant the parties' motion and direct that judgment be entered accordingly.

Accordingly,

**IT IS ORDERED** that the parties' joint motion for entry of consent judgment (Docket #14) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that judgment be entered in favor of the United States and against H V A C Services, Inc. in the amount of $138,967.47 plus such statutory interest accruing from May 5, 2017, until fully paid, for the following employment tax (Form 941) liabilities:

| Form 941 Tax Period | Date of Assessment | Amount of Assessment | Unpaid Assessed Balance Plus Interest and Other Statutory Additions to Tax through May 5, 2017 |
|---|---|---|---|
| 6/30/2006 | 10/2/2006 | $19,431.22 | $3,418.67 |
| 9/30/2006 | 1/1/2007 | $21,145.33 | $43,193.41 |
| 12/31/2006 | 3/26/2007 | $21,081.88 | $42,258.92 |

| | | | |
|---|---|---|---|
| 3/31/2007 | 7/2/2007 | $19,955.39 | $39,441.17 |
| 6/30/2007 | 10/1/2007 | $20,423.98 | $10,655.30 |
| **TOTAL** | | | **$138,967.47** |

and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without further costs or fees to any party.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 15th day of May, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge